ACCEPTED
06-15-00032-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 9:19:03 AM
DEBBIE AUTREY
CLERK

No. 06-15-00032-CV

**In the Court of Appeals**

**Sixth Judicial District**

**Texarkana, Texas**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/6/2015 9:19:03 AM

DEBBIE AUTREY
Clerk

*In re* **CARLTON SEWELL, Relator**

**Original Proceeding from the County Court at Law of Hopkins County, Texas**

**PETITION FOR WRIT OF MANDAMUS**

## MOTION FOR COURT TO SET DEADLINE FOR RESPONSE TO PETITION FOR WRIT OF MANDAMUS

COME NOW, Real Parties in Interest, Janet Neal Stanley, Truitt Sewell, et. al., moving the Court to set a deadline for the filing of a response to the Petition For Writ of Mandamus.

I.

The Petition For Writ of Mandamus was filed in this case on June 25, 2015. Real Parties in Interest request that the Court set a deadline for the filing of a response no earlier than Friday, July 24, 2015.

Respectfully submitted,

Chad Cable
State Bar No. 03575300
323 Gilmer Street
Sulphur Springs, Texas 75482
(903) 885-1500 Telephone
(903) 885-7501 Telecopier

ATTORNEY FOR CONTESTANTS

1 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on the _____6^th_____ day of July, 2015, a true and correct copy was served on to Brad McCampbell, P.O. Box 38, Emory, Texas 75440, FAX (903) 473-3069, attorney of record or party in accordance with the Texas Rules of Civil Procedure.

Chad Cable